IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-00177- |
| ) | 01/04/06/07/08/09/13/14/15/17/18-CR-W-DGK |
| CHRISTOPHER W. MCGOWEN (1), ) | |
| CHARLES E. SMITH, JR. (4) ) | |
| ROBERT W. MILLER (6) ) | |
| JAMES W. PRETTYMAN (7) ) | |
| MONTY L. MITCHELL (8) ) | |
| MARK A. COTTMAN (9) ) | |
| BRYAN S. FLETCHER (13) ) | |
| JEFFREY S. HANNAH (14) ) | |
| BRANDON S. HODGE (15) ) | |
| JARRID A. HAMMER (17) ) | |
| MARK A. CRUMP (18) ) | |
| ) | |
| Defendants. ) | |

## NOTICE PURSUANT TO THE
## DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendants all exculpatory evidence – that is, evidence that favors the defendants or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATE: August 15, 2024     */s/ W. Brian Gaddy*
                          W. BRIAN GADDY
                          UNITED STATES MAGISTRATE JUDGE